UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff

-vs-

SAFI OSMAN

                Defendant

DECISION and ORDER

11-CR-6209

    This case was referred by text order of the undersigned, entered December 22, 2011, ECF No. 10, to Magistrate Jonathan W. Feldman pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On February 21, 2012, Defendant filed an omnibus motion, ECF No. 15, seeking *inter alia* suppression of statements purportedly made to law enforcement at the time of his arrest on December 20, 2010. On April 17, 2012, Magistrate Judge Feldman filed a Report and Recommendation ("R&R"), ECF No. 20, recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

    Accordingly, for the reasons set forth in Magistrate Judge Feldman's's R&R, Defendant's application to suppress statements is denied.

    IT IS SO ORDERED.

Dated: Rochester, New York
       May 4, 2012

                ENTER:

                                        /s/ Charles J. Siragusa
                                        CHARLES J. SIRAGUSA
                                        United States District Judge